IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Celedito Morales, | ) | No. CV07-0837-PHX-SRB |
| Petitioner, | ) | |
| vs. | ) | **ORDER** |
| Robert Steward, et al. | ) | |
| Respondents. | ) | |

Petitioner filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 on April 23, 2007, claiming that his constitutional rights under 4th, 5th, 6th, 8th and 14th Amendments had been violated. On May 12, 2008, Respondents filed their response to the Petition arguing that the Petition was time-barred. On May 23, 2008, Petitioner filed his reply. On June 20, 2008, the Magistrate Judge issued his Report and Recommendation recommending that the petition be denied and dismissed with prejudice.

In his Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court.   The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

1  IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
2 as the order of this Court.
3  IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is denied
4 and dismissed with prejudice.
5  IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.

7  DATED this 9th day of July, 2008.

_____
Susan R. Bolton
United States District Judge

- 2 -